United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JESUS TORRES,

    Plaintiff,

v.

BLUEROCK CENTER PARTNERS, LLC,

    Defendant.

Case No. 14-cv-04641-KAW

ORDER TO SHOW CAUSE

On October 17, 2014, Plaintiff filed this action alleging that he was denied his right of access under the Americans with Disabilities Act. Pursuant to General Order No. 56, Plaintiff had 63 days to complete service of the complaint and summons on Defendant, such that December 19, 2014 was the last day to complete service or file a Motion for Administrative Relief from the deadline pursuant to Civil L.R. 7-11.

IT IS HEREBY ORDERED that by no later than May 13, 2015, Plaintiff shall show cause why this matter should not be dismissed for failure to comply with the deadline to complete service on Defendant or to file a Motion for Administrative Relief.

IT IS SO ORDERED.

Dated: April 28, 2015

*Kandis Westmore*
KANDIS A. WESTMORE
United States Magistrate Judge