1  THOMAS N. STEWART, III - #88128
   ATTORNEY AT LAW
2  369 BLUE OAK LANE, 2nd FLOOR
   CLAYTON, CA 94517
3  TELEPHONE (925) 672-8452
4  E-MAIL t_stew_3@yahoo.com

5

   Jason G. Gong (SBN 181298)
6  LAW OFFICE OF JASON G. GONG
   *A Professional Corporation*
7  2121 N. California Blvd., Suite 290
   Walnut Creek, CA  94596
8  Telephone:  (925) 735-3800
   Facsimile: (925) 735-3801
9  Email: jgong@gonglawfirm.com

10 Attorneys for Plaintiff JESUS TORRES

11

12                        UNITED STATES DISTRICT COURT

13            FOR THE NORTHERN DISTRICT OF CALIFORNIA

14
   JESUS TORRES,                          )   Case No. 4:14-cv-04641-KAW
15                                         )
                    Plaintiff,             )
16                                         )   **STIPULATION OF DISMISSAL AND**
          vs.                              )   **[PROPOSED] ORDER**
17                                         )
   BLUEROCK CENTER PARTNERS, LLC,          )
18                                         )
                    Defendant.             )
19 _____)

20      The parties hereby stipulate as follows:

21      1.      The parties have reached a full and final settlement of all issues in this action and

22 have executed a settlement agreement.

23      2.      Although the parties are hereby dismissing this action with prejudice, the parties

24 understand that this Court retains jurisdiction over this action and the parties hereto in order to

25 enforce the terms of the settlement agreement, if necessary.  *See* General Order No. 56 at ¶ 7

26 (N.D. Cal.) (July 17, 2003) (stating that assigned judge will retain jurisdiction to enforce

27 injunctive relief component of settlement).

28      3.      IT IS HEREBY STIPULATED by and between Plaintiff and Defendants, through

   _____
   *Torres v. Bluerock Center Partners, LLC*, Case No. 4:14-cv-04641-KAW
   Stipulation of Dismissal and [Proposed] Order

                                        1

1   their respective counsel, that this action can be dismissed with prejudice pursuant to Fed. R. Civ.

2   P. 41(a)(2) and that the Court retains jurisdiction to enforce the terms of the settlement

3   agreement.

4                                               Respectfully submitted,

5   Dated:  August 6, 2015                      LAW OFFICE OF JASON G. GONG
                                                *A Professional Corporation*
6
                                                */s/  Jason G. Gong*
7                                        By:  _____
                                                Jason G. Gong
8                                               Attorney for Plaintiff JOSE TORRES

9

10  Dated:  August 6, 2015                      LAW OFFICE OF DANA G. PARRY

11                                              */s/ Jason Lurie*
                                         By:  _____
12                                              Jason Lurie
                                                Attorney for Defendant
13                                              BLUEROCK CENTER PARTNERS, LLC

14

15                          **STATEMENT OF ATTESTATION**

16          The undersigned makes the following statement of attestation pursuant to Civil Local

17  Rule 5-1(i)(3) (N.D. Cal.) (effective January 14, 2015).  On August 4, 2015, I obtained the

18  concurrence from Jason Lurie, counsel for Defendant, to use his electronic signature herein.

19

20  Dated:  August 6, 2015                      LAW OFFICE OF JASON G. GONG
                                                *A Professional Corporation*
21
                                                */s/  Jason G. Gong*
22                                       By:  _____
                                                Jason G. Gong
23                                               Attorney for Plaintiff JOSE TORRES

24

25

26

27

28

_____

*Torres v. Bluerock Center Partners, LLC*, Case No. 4:14-cv-04641-KAW
Stipulation of Dismissal and [Proposed] Order

1

**[~~PROPOSED~~] ORDER**

2       Pursuant to the parties' stipulation, the Court hereby dismisses the above-referenced action

3 with prejudice and retains jurisdiction to enforce the terms of the parties' settlement agreement in

4 the event such enforcement becomes necessary.

5       IT IS SO ORDERED.

6

7 Dated:  August __7_, 2015

8                                          _Kandis Westmore_____

9                                          Kandis A. Westmore
                                           UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---